



# MEMORANDUM OPINION

No. 04-11-00099-CR

**IN RE** Edward **ROBINSON**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
             Steven C. Hilbig, Justice
             Marialyn Barnard, Justice

Delivered and Filed:  February 16, 2011

PETITION FOR WRIT OF MANDAMUS DENIED

On February 7, 2011, relator Edward Robinson filed a petition for writ of mandamus, complaining about his underlying felony conviction. In 2005, relator was convicted of manslaughter and was sentenced to sixteen years' confinement. On March 15, 2006, this court affirmed the judgment in Cause No. 04-05-00482-CR. Therefore, relator's felony conviction became final.

Only the Texas Court of Criminal Appeals has jurisdiction over matters related to post-conviction relief from an otherwise final felony conviction. *See Ater v. Eighth Court of Appeals*, 802 S.W.2d 241, 243 (Tex. 1991); *see also* TEX. CODE CRIM. PROC. ANN. art. 11.07 (West Supp. 2008); *Board of Pardons & Paroles ex rel. Keene v. Court of Appeals for Eighth Dist.*, 910

---

[1] This proceeding arises out of Cause No. 2004-CR-0748, styled *State of Texas v. Edward Robinson*, in the 379th Judicial District Court, Bexar County, Texas, the Honorable Ron Rangel presiding.

S.W.2d 481, 483 (Tex. Crim. App. 1995) (holding that "Article 11.07 provides the exclusive means to challenge a final felony conviction."). Because the relief sought in relator's petition relates to post-conviction relief from an otherwise final felony conviction, we are without jurisdiction to consider his petition for writ of mandamus.

Accordingly, relator's petition is DISMISSED FOR LACK OF JURISDICTION.

PER CURIAM

DO NOT PUBLISH